# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMMA ASBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No. 14-CV-765-TCK-PJC |
| | ) |
| BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Remand (Doc. 11), in which the parties request that the Court remand this case to the District Court of Tulsa County, Oklahoma. In support of their request for remand, the parties have not alleged any defect in removal or a lack of jurisdiction. Instead, the parties represent that they "have reached a settlement in this case contingent on the matter being remanded to State court." (Doc. 11.)

Because the removing party no longer desires a federal forum and neither party opposes remand, the Court declines to exercise jurisdiction over Plaintiff's claims. Accordingly, it is ordered that the Joint Motion to Remand (Doc. 11) is granted. It is further ordered that this case shall be remanded to the District Court of Tulsa County, Oklahoma, where it was originally filed as Case No. CJ-14-4530.

SO ORDERED this 12th day of August, 2015.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE